# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Kenneth L. Brown           Case Number: 3:02-00080

Name of Sentencing Judicial Officer: Honorable William J. Haynes Jr., Chief U. S. District Judge

Date of Original Sentence: November 30, 2004

Original Offense: 18 U.S.C. 922(g)(1) and 924, Convicted Felon in Possession of Firearms

Original Sentence: 120 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: April 24, 2011

Assistant U.S. Attorney: Philip Wehby           Defense Attorney: Doug Thoresen

---

**THE COURT ORDERS:**

☒ No Action *as recommended $8+3$ je*
☐ The Issuance of a Warrant
    ☐ Sealed Pending Warrant Execution
        (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

*Kara Sanders*

Kara Sanders
U.S. Probation Officer

Considered this _13TH_ day of _November_, 2012,
and made a part of the records in the above case.

William J. Haynes, Jr.
Chief U. S. District Judge

Place    Nashville, Tennessee

Date    November 1, 2012

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.        Nature of Noncompliance

**1.**          **The defendant shall not commit another federal, state or local crime:**

On October 18, 2012, Kenneth Brown was arrested by Metro Nashville police and charged with a sex offender registration violation. Mr. Brown is a registered sex offender and must update the sex offender registry annually. He was instructed to register within 7 days before or 7 days after his birthday. Mr. Brown's date of birth is October 5, 1965. Mr. Brown has been notified of this requirement on multiple occasions as he has two pending charges for the same offense. He is scheduled to appear in court on March 4, 2013, to address all charges.

## Compliance with Supervision Conditions and Prior Interventions:

Kenneth L. Brown began his three year term of supervised release on April 24, 2011. In December 2011, he was convicted in Davidson County Criminal Court for Theft Under $500. He was sentenced to serve 11 months and 29 days. He served approximately six months and his supervision was tolled. His term of supervised release is now set to expire on October 20, 2014. This arrest and conviction was reported to the Court. An agreed order was submitted to the Court in August 2012 and is still pending.

Mr. Brown was released from the Davidson County jail in June 2012. Since that time he has maintained employment and a stable residence. He has also tested negative for illegal drugs and complied with all other conditions of release.

## U.S. Probation Officer Recommendation:

It is respectfully requested that no action be taken at this time and Mr. Brown be allowed to continue on supervision. However, these violations may be brought against him in the future. Any further violations or positive drug test will be promptly reported to the Court.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

Britton Shelton
Supervisory U.S. Probation Officer